SHEDD, Circuit Judge,
concurring:
I concur in the result reached by the majority. Based on the record presented, I believe that the district court appropriately analyzed this case under the McDonnell Douglas framework.[7] In doing so, the district court correctly determined that Ruff failed to establish a prima facie case because she did not show that at the time she was terminated she was performing at a level that met Target’s legitimate expectations. Ruff’s inability to establish a prima facie case is fatal to her claim, and it is unnecessary for us to consider the district court’s alternative holding regarding the issue of pretext. Accordingly, I would affirm the summary judgment.

. I note that Ruff has conceded that she does not have direct evidence of discrimination, and I agree with the majority that the mixed-motive framework is not appropriate in this case.